...

1  Todd M. Friedman (SBN 216752)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
2  21550 Oxnard St. Suite 780,
3  Woodland Hills, CA 91367
   Phone: 877-206-4741
4  Fax: 866-633-0228
5  tfriedman@toddflaw.com
6  Attorney for Plaintiff

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA

9   DAVE VACCARO, individually and ) Case No. 2:19-cv-03668-CBM-MAA
10  on behalf of themselves and all others )
    similarly situated,                    )
11  Plaintiff,                             ) JOINT STIPULATION OF
                                           ) DISMISSAL OF ACTION
12                                         ) WITHOUT PREJUDICE
13  vs.                                    )
                                           )
14  BLUE CANARY SERVICES LLC,              )
15  and DOES 1 through 10, inclusive,      )
    and each of them,                      )
16  Defendant.                             )
17                                         )

18       NOW COME THE PARTIES to respectfully move this Honorable Court to
19  dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure
20  41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A
21  proposed order has been concurrently submitted to this Court.
22
23
24
25            Respectfully submitted this 19th Day of December, 2019,
26                          By: s/Todd M. Friedman, Esq.
                                TODD M. FRIEDMAN
27                              Attorney for Plaintiff
28

Stipulation to Dismiss- 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: s/ Bruce Mesnekoff
Defendant Blue Canary Services, LLC

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendant and that I have obtained his authorization to affix his electronic signature to this document.

Dated: December 19, 2019   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/Todd M. Friedman_
**TODD M. FRIEDMAN, ESQ.
Attorney for Plaintiff**

Filed electronically on this 19th Day of December, 2019, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Consuelo B. Marshall
United States District Court
Central District of California

And by email to:
Bruce Mesnekoff
bruce@trustarrow.com
Defendant Blue Canary Services LLC d/b/a Trust Arrow

This 19th Day of December, 2019.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN