# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE VACCARO, individually and on behalf of themselves and all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>BLUE CANARY SERVICES LLC, and DOES 1 through 10, inclusive, and each of them,<br>Defendant. | Case No. 2:19-cv-03668-CBM-MAAx<br><br>ORDER [JS-6] |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this 20TH Day of December, 2019.



_____
The Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE